**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRYAN MCMILLAN,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Petitioner,　　　　　　)　　2:11-cv-01482-KJD-PAL
　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　)　　**ORDER**
　　　　　　　　　　　　　　　　)
NEVADA 8TH DISTRICT　　　　)
COURT, *et al.*,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Respondents.　　　　　)
_____/

Petitioner Bryan McMillan has filed a second application to proceed *in forma pauperis* and submitted a petition for a writ of habeas corpus. Based on the current information about petitioner's financial status, including any additional information he may have provided, the court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

**IT IS THEREFORE ORDERED** that petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF #5) is **DENIED**. Petitioner shall have thirty (30) days from the date this Order is **ENTERED** in which to have the designated fee sent to the Clerk. Failure to do so may result in the dismissal of this action. The Clerk is directed to RETAIN the petition but not file it at this time.

DATED: December 12, 2011

_____
UNITED STATES DISTRICT JUDGE