# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN MCMILLAN,<br><br>    *Petitioner*,<br><br>vs.<br><br>NEVADA 8TH DISTRICT COURT, *et al.*,<br><br>    *Respondents*. | 2:11-cv-01482-KJD-PAL<br><br>ORDER |

Respondents' motion (#15) for leave to file late pleading and motion (#16) for enlargement of time both are GRANTED, such that respondents shall have up to and including **September 14, 2012**, within which to respond, in the manner provided for in the prior order (#13), to the amended petition (#10). **As previously provided, the hard copy of any additional state court record exhibits shall be forwarded – for this case – to the staff attorneys in Reno.**

DATED: July 27, 2012

_____
KENT J. DAWSON
United States District Judge