UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRYAN MCMILLAN,  )
                        )
        Petitioner,  )        2:11-cv-01482-KJD-PAL
                        )
vs.  )        **ORDER**
                        )
NEVADA 8TH DISTRICT  )
COURT *et al.*,  )
                        )
       Respondents.  )
_____/

       Bryan McMillan, a Nevada prisoner, has submitted a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF #1). Respondents have filed a motion to dismiss (ECF #20). Contemporaneously with that motion, petitioner apparently was released from custody and filed a notice of change of address (ECF #24). Petitioner has failed to respond to the motion to dismiss in any manner. Out of an abundance of caution, respondents are directed to re-serve the motion to dismiss on petitioner at his current address of record.

       **IT IS THEREFORE ORDERED** that respondents **SHALL SERVE** a copy of their motion to dismiss, along with all exhibits, on petitioner at his current address of record (*see* ECF #24).

       **IT IS FURTHER ORDERED** that petitioner shall file and serve his opposition to the motion to dismiss, if any, within **fourteen (14) days** of service of the motion. Respondents shall then file and serve their reply to any response within **seven (7) days** of service of the response.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** to petitioner one copy of the minute order regarding the requirements of *Klingele v. Eikenberry* (ECF #23).

DATED: April 16, 2013

_____
UNITED STATES DISTRICT JUDGE